IN THE UNITED STATES COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| LISA MCINNIS, Administratrix of the<br>Estate of MALCOLM A. McINNIS,<br>deceased, and widow in her own right | :<br>:<br>: |
| vs. | :<br>: 1:22-CV-01087-MN-SRF<br>: |
| HEXCEL, SIKORSKY AND RAYTHEON<br>TECHNOLOGIES | :<br>: |

### PLAINTIFF'S STATEMENT IN RESPONSE TO
### COURT ORDER OF SEPTEMBER 12, 2022

1. The Amended complaint in the action in the Eastern District of Pennsylvania was filed on August 19, 2022 in that Court. See attached docket entries and the actual filed and stamped Amended Complaint. For some reason unknown to plaintiff it does not appear on the docket of the case in This Court.

2. There is no reason why a Rule 16 conference should not be held within 30 days.

3. Matters requiring judicial action:

   a. The order of Judge Robreno transferred only defendants Hexcel, Sikorsky and Raytheon to This Court and specifically stated that only these 3 were to be transferred to This Court and all the others were to remain in Pennsylvania (see attached).

   b. Nevertheless the Clerk's Office in Pennsylvania transferred docket entries from the Pennsylvania case to This Court which should have remained on the docket in Pennsylvania. Therefore items: 3, 4, 5, 6, 8, 11, 12, 13, 14, 15, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 31, 32, 33, 34, 35, 36, 37, 38, 40, 41, 42, 43, 44, 48, 49, 50, 51, 52, 53, 54, 65, should be struck from the docket by Court Order.

   c. An Order directing the Clerk to list only Hexcel, Sikorsky and Raytheon as defendants and directing the Clerk's Office to strike all other defendants from the docket should be issued.

   d. The pending motion to dismiss of Raytheon should be granted. Plaintiff will not oppose. (D.I. 68).

   e. The Court should Order the filing either of the Amended Complaint filed

in Pennsylvania on the docket of This Court or an Amended complaint against only Hexcel and Sikorsky.

Dated:  September 16, 2022

                                                Respectfully Submitted,

                                                **JACOBS & CRUMPLAR, P.A.**

                                                 /s/ Raeann Warner
                                                Raeann Warner, Esquire (I.D. 4931)
                                                750 Shipyard Dr., Suite 200
                                                Wilmington, DE 19801
                                                (302) 656-5445

                                                Robert Paul, Esq.
                                                Paul, Reich & Myers, P.C.
                                                1608 Walnut Street, Suite 500
                                                Philadelphia, PA 19103
                                                (215) 735-9200 (phone)

                                                *Attorneys for Plaintiffs*