IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LISA MCINNIS, Administratrix of the Estate of MALCOLM A. MCINNIS, deceased, and widow in her own right,<br><br>Plaintiff,<br><br>v.<br><br>HEXCEL CORPORATION, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 22-1087 (MN) (SRF)<br>)<br>)<br>)<br>) |

## ORDER ADOPTING RECOMMENDATION

At Wilmington, this 13th day of October 2022;

WHEREAS, on September 28, 2022, Magistrate Judge Fallon issued an Oral Report and Recommendation recommending the Court grant Raytheon Technologies Corporation's unopposed[1] Renewed Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (D.I. 67);

WHEREAS, no party filed objections to the oral recommendation pursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record.

THEREFORE, IT IS HEREBY ORDERED that the September 28, 2022 Oral Report and Recommendation is ADOPTED. Raytheon Technologies Corporation's Renewed Motion to

---

[1] Paragraph 3(d) of Plaintiff's Statement in Response to Court Order of September 12, 2022 states: "The pending motion to dismiss of Raytheon should be granted. Plaintiff will not oppose." (D.I. 72)

2

Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (D.I. 67) is GRANTED and Plaintiff's claims against Raytheon Technologies Corporation are dismissed without prejudice.

　　　　　　　　　　　　　　　　　　　　　　 /s/ Maryellen Noreika
　　　　　　　　　　　　　　　　　　　　　　The Honorable Maryellen Noreika
　　　　　　　　　　　　　　　　　　　　　　United States District Judge