IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LISA MCINNIS, Administratrix of the Estate of MALCOLM A. MCINNIS, deceased, and widow in her own right,<br><br>Plaintiff,<br><br>v.<br><br>HEXCEL CORPORATION, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No.  22-1087 (MN) (SRF)<br>)<br>)<br>)<br>)<br>) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

At Wilmington, this 20th day of August 2024;

WHEREAS, on August 2, 2024, Magistrate Judge Fallon issued a Report and Recommendation ("the Report") (D.I. 157) in this action, recommending, *inter alia*, that the Court grant Hexcel Corporation's Motion for Summary Judgment (D.I. 128) and grant-in-part and deny-in-part Hexcel Corporation's Motion to Exclude Expert Testimony under *Daubert* (*Id*.);[1] and

WHEREAS, no party filed objections[2] to the above portions of the Report pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record;

THEREFORE, IT IS HEREBY ORDERED that the portions of the Report and Recommendation (D.I. 157) addressing the above motion and joinder are ADOPTED.

---

[1] Defendant Sikorsky Aircraft Corporation filed a Joinder in Hexcel Corporation's Motion to Exclude Expert Witness Testimony under *Daubert*.  (D.I. 133).

[2] On August 16, 2024, Sikorsky Aircraft Corporation filed Objections to August 2, 2024 Report and Recommendation [D.I. 157] objecting to the Report's recommendation that its motion for summary judgment be denied.  (D.I. 160).

Defendant Hexcel Corporation's Motion for Summary Judgment (D.I. 128) is GRANTED. The Clerk of Court is directed to enter JUDGMENT in favor of Hexcel Corporation and against Plaintiff, Lisa McInnis, Administratrix of the Estate of Malcolm A. McInnis, deceased and widow in her own right.

Defendant Hexcel Corporation's Motion to Exclude Expert Testimony under *Daubert* (D.I. 128) and Defendant Sikorsky Aircraft Corporation's Joinder in Hexcel Corporation's Motion to Exclude Expert Witness Testimony under *Daubert* (D.I. 133) are GRANTED-IN-PART and DENIED-IN-PART. The motion and joinder are GRANTED as to Dr. Tkacik and DENIED in all other respects.

*[Signature: Maryellen Noreika]*
The Honorable Maryellen Noreika
United States District Judge